## STATE OF INDIANA, EX REL. STOCKTON, v. LANE ET AL.

[No. 8,261.   Filed April 9, 1914.]

1.  APPEAL.—*Appellate Court.*—*Failure to Concur in Decision.*— *Transfer.*—Where, on submission of an appeal to the entire Appellate Court, four of the judges fail to concur in the result, a transfer of the cause to the Supreme Court is required under §1399 Burns 1908, Acts 1901 p. 565, §15.

From White Circuit Court; *James P. Wason,* Judge.

Action by the State of Indiana, on the relation of J. W. Stockton, against Edward P. Lane and others. From a judgment for defendants the relator appeals. *Transferred to the Supreme Court.*

*John A. Dunlap,* for appellant.

*George A. Williams,* for appellee.

PER CURIAM.—This cause being submitted to the entire court and four judges not concurring in the result, the case is hereby transferred to the Supreme Court under §15 of the act approved March 12, 1901 (Acts 1901 p. 565, §1399 Burns 1908).

NOTE.—Reported in 104 N. E. 801.   See 3 Cyc. 405.